**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| REGINALD DOSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:05-CV-1523-JDT-TAB |
| | ) | |
| CRAIG HANKS, | ) | |
| | ) | |
| Respondent. | ) | |

**E N T R Y**

The petitioner's requests to be supplied with a copy of the docket sheet are **granted.** The clerk shall include a copy of the requested document with the petitioner's copy of this Entry.

**IT IS SO ORDERED.**

Date: _____

Copies to:

Reginald Doss
DOC #881180
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

James B. Martin
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.**