UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

REGINALD DOSS,            )
                          )
            Petitioner,   )
v.                        )   No. 1:05-CV-1523-JDT-TAB
                          )
CRAIG HANKS,              )
                          )
            Respondent.   )

**E N T R Y**

The petitioner's request to be supplied with a copy of the docket sheet, filed on March 6, 2006, is **granted.** The clerk shall include a copy of the requested document with the petitioner's copy of this Entry.

**IT IS SO ORDERED.**

Date: 03/09/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

Reginald Doss
DOC #881180
Wabash Valley Correctional Facility
P.O. Box 2222
Carlisle, IN 47838-2222

James B. Martin
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.